**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

YESENIA GUADALUPE HERNANDEZ-ESPINOZA,

Petitioner,

v.

WARDEN, Adelanto ICE Processing Center, et al.,

Respondents.

Case No. 5:26-cv-04852-DOC-MBK

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No party has filed objections to the Report and Recommendation. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that:

(1) Judgment be entered granting the petition for writ of habeas corpus;

(2) a writ of habeas corpus be issued requiring Petitioner Yesenia Guadalupe Hernandez-Espinoza's (A# 220-376-511) immediate release

and prohibiting Respondents from re-detaining her without first providing notice and a hearing where the Government must show material changed circumstances justifying Petitioner's detention; and (3) Respondents are required to file a status report no later than three (3) days from the date of the order confirming that Petitioner has been released from Respondents' custody consistent with this order.

Dated: September 8, 2026

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE